# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>24-2441</u>

In Re: Richard Howard Glanton

(U.S. District Court No.: 3-23-cv-03868)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee or file the required case opening forms as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 08, 2024
PDB/cc: Brian T. Crowley, Esq.
     Richard H. Glanton, Esq.
     Andrew J. Kelly, Esq.
     Melissa E. Rhoads,
     Anthony Sodono III, Esq.



A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate